# NO. 12-13-00219-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *CITY OF JACKSONVILLE, TEXAS,* *APPELLANT* | *§* | *APPEAL FROM THE 2ND* |
| *V.* | *§* | *JUDICIAL DISTRICT COURT* |
| *WENDY GAIL ROSS,* *APPELLEE* | *§* | *CHEROKEE COUNTY, TEXAS* |

*MEMORANDUM OPINION*
*PER CURIAM*

Appellant has filed an agreed motion to dismiss this appeal. In its motion, Appellant states that the parties have reached a resolution of their dispute and Appellant no longer wishes to pursue the appeal. The motion is signed by counsel for each party. Because Appellant has met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), the motion is granted, and the appeal is *dismissed*. Costs are assessed against the party incurring them.

Opinion delivered October 16, 2013.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

### OCTOBER 16, 2013

### NO. 12-13-00219-CV

**CITY OF JACKSONVILLE, TEXAS,**
Appellant
V.
**WENDY GAIL ROSS,**
Appellee

Appeal from the 2nd District Court

of Cherokee County, Texas (Tr.Ct.No. 2012-06-0477)

THIS CAUSE came on to be heard on the agreed motion filed by Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be ***granted*** and the appeal be ***dismissed*****,** and that the decision be certified to the court below for observance.  Costs are assessed against the party incurring them.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*